# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Eric E. | United States Court of Appeals for the Sixth Circuit | 05/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

121 U.S. Courthouse
85 Marconi Blvd.
Columbus, OH 43215

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Ohio Public Employees Retirement System; defined-contribution retirement account |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Eric E. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Murphy, Eric E.** | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navient | Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Murphy, Eric E.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank (Cash Account) | A | Interest | K | T | | | | | |
| 2. Discover Bank (Cash Account) | A | Interest | L | T | | | | | |
| 3. Jones Day Supplemental Savings Plan (401k) (H) | | | | | Closed | 09/01/20 | | | |
| 4. -Jones Day 2045 Fund | | None | | | Sold | 09/01/20 | M | | |
| 5. -American Funds Growth Fund of America R6 | | None | | | Sold | 09/01/20 | L | | |
| 6. Ameriprise Brokerage Account (H) | | | | | Open | 09/10/20 | | | |
| 7. -Fidelity Advisor New Insights Fund Class M | D | Dividend | M | T | Buy | 10/28/20 | K | | |
| 8. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 9. | | | | | Buy (add'l) | 12/15/20 | K | | |
| 10. -Ameriprise Insured Money Market (Cash Account) | A | Interest | L | T | Open | 09/10/20 | M | | |
| 11. BlackRock College Advantage 529 Plan (H) | | | | | | | | | |
| 12. -BR College 2027 Option - A | | None | K | T | | | | | |
| 13. BlackRock College Advantage 529 Plan (H) | | | | | | | | | |
| 14. -BR College 2020 Option - A | | None | | | Sold | 10/16/20 | K | | |
| 15. -BR College Enrollment Option - A | | None | K | T | Buy | 10/16/20 | K | | |
| 16. Ameriprise Trust Company Coverdell Education Savings Account (H) | | | | | Closed | 07/09/20 | | | |
| 17. -Ameriprise Insured Money Market (Cash Account) | A | Interest | | | Closed | 07/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Murphy, Eric E.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameriprise Trust Company Coverdell Education Savings Account (H) | | | | | Closed | 07/09/20 | | | |
| 19. -Ameriprise Insured Money Market (Cash Account) | A | Interest | | | Closed | 07/09/20 | J | | |
| 20. Ameriprise ONE Financial Account (H) | | | | | | | | | |
| 21. -SPS Advantage One (Cash Account) | A | Interest | | | Closed | 01/21/20 | K | | |
| 22. -Fidelity Advisor Balanced Fund Class M (Mutual Fund) | D | Int./Div. | N | T | | | | | |
| 23. | | | | | Buy (add'l) | 01/21/20 | K | | |
| 24. Ameriprise Brokerage Account (Roth IRA) (H) | | | | | | | | | |
| 25. -Ameriprise Insured Money Market (Cash Account) | A | Interest | J | T | | | | | |
| 26. -SPDR S&P 500 (Exchange Traded Fund) | A | Dividend | K | T | | | | | |
| 27. -Healthcare Select Sector SPDR (Exchange Traded Fund) | A | Dividend | J | T | | | | | |
| 28. -Vanguard Real Estate Index (Exchange Traded Fund) | A | Dividend | J | T | | | | | |
| 29. Ameriprise Brokerage Account (Roth IRA) (H) | | | | | | | | | |
| 30. -JPMorgan Equity Income (Mutual Fund) | A | Dividend | K | T | | | | | |
| 31. Riversource Variable Universal Life IV ES Insurance (H) | | | | | | | | | |
| 32. -VP Moderate CL4 | | None | L | T | | | | | |
| 33. -Fixed Account | | None | J | T | | | | | |
| 34. Ohio Public Employees Retirement System (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Murphy, Eric E.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -OPERS Stable Value Fund | None | | K | T | | | | | |
| 36.  -OPERS Bond Index Fund | None | | J | T | | | | | |
| 37.  -OPERS Target Payout Fund | None | | K | T | Buy<br>(add'l) | 11/30/20 | K | | |
| 38.  -OPERS Target 2020 Fund | None | | | | Sold | 11/30/20 | K | | |
| 39.  -OPERS Target 2035 Fund | None | | J | T | | | | | |
| 40.  -OPERS Stock Index Fund | None | | J | T | | | | | |
| 41.  -OPERS Large Cap Index Fund | None | | J | T | | | | | |
| 42.  -OPERS Small Cap Index Fund | None | | J | T | | | | | |
| 43.  -OPERS Non-US Stock Index Fund | None | | J | T | | | | | |
| 44.  -OPERS Retiree Medical Account | None | | K | T | | | | | |
| 45.  Ohio Public Employees Retirement System (H) | None | | | | | | | | |
| 46.  -OPERS Stable Value Fund | None | | K | T | | | | | |
| 47.  -OPERS Stock Index Fund | None | | K | T | | | | | |
| 48.  -OPERS Large Cap Index Fund | None | | L | T | | | | | |
| 49.  -OPERS Small Cap Index Fund | None | | K | T | | | | | |
| 50.  -OPERS Non-US Stock Index Fund | None | | K | T | | | | | |
| 51.  -OPERS Retiree Medical Account | None | | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Murphy, Eric E.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ohio Deferred Compensation (H) | | | | | | | | | |
| 53. -LifePath Retirement | | None | J | T | | | | | |
| 54. -LifePath 2035 | | None | L | T | | | | | |
| 55. -LifePath 2045 | | None | L | T | | | | | |
| 56. -Ohio DC Stable Value Option | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII(B): The statements received from the BlackRock 529 Plans did not provide income information and instead listed "unit prices" or "units."  In addition, the statements from the two Ohio Public Employees Retirement System accounts and the Ohio Deferred Compensation account identify only "gains/losses" and do not separately list income (such as dividends) apart from this "gains/losses" figure, which includes fluctuations in market value.  So the income lines are left blank for these investments in Part VII(B) according to page 42 of the general filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| **Murphy, Eric E.** | 05/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric E. Murphy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544